UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JOHN CURRY, | 3:15-cv-00244-LRH-WGC |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | January 6, 2016 |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security, | |
| Defendant | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Defendant's Unopposed Motion for Extension of Time (Second Request by Defendant). (ECF No. 15.) Defendant requests a 14 day extension through and including January 20, 2016, for Defendant to respond to Plaintiff's Motion for Remand. Counsel for Defendant has conferred with Plaintiff's counsel and represents that Plaintiff's counsel has no opposition to the motion.

Good cause appearing, Defendant's motion (ECF No. 15) is **GRANTED.**  Defendant shall have an extension **up to and including January 20, 2016,** to respond to Plaintiff's Motion for Remand.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
Deputy Clerk