# UNITED STATES DISTRICT COURT

\*\*\*\*  DISTRICT OF   NEVADA

JOHN CURRY,

  Plaintiff,

 v.

NANCY A. BERRYHILL, et al.,

  Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 3:15-cv-00244-LRH-WGC

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

 **IT IS ORDERED AND ADJUDGED** that plaintiff John Curry's motion for reversal and/or remand (ECF No. 12) will be GRANTED in part.

 **IT IS FURTHER ORDERED** that this case will be immediately REMANDED to the ALJ for FURTHER PROCEEDINGS regarding Listed Impairment 1.04 and the Vocational Expert's testimony.

April 18, 2017                  **DEBRA K. KEMPI**
                                   Clerk

                                    /s/ K. Rusin
                                    Deputy Clerk