LEONARD H. STONE, ESQ. No. 5791
NICOLE K. STEINHAUS, ESQ. No. 11722
SHOOK & STONE, CHTD.
710 South Fourth Street
Las Vegas, Nevada 89101
Office: (702) 385-2220
Fax: (702) 384-0394
Email: lstone@shookandstone.com;
nsteinhaus@shookandstone.com;
Attorneys for Plaintiff, JOHN CURRY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN CURRY, | ) |
| | ) |
| Plaintiff, | ) Case No. **3:15-cv-00244-LRH-WGC** |
| | ) |
| vs. | ) |
| | ) **_____ ORDER FOR THE** |
| NANCY A. BERRYHILL, | ) **AWARD OF EQUAL ACCESS TO** |
| Acting Commissioner of Social Security, | ) **JUSTICE FEES** |
| | ) |
| Defendant. | ) |

Based upon the parties' Stipulation for the Award of Equal Access to Justice Fees ("Stipulation"), IT IS ORDERED that Plaintiff shall be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C §2412(d), in the amount of Four Thousand and Seven Hundred, Fifty-Three Dollars and Fifty-Seven Cents ($4,753.57), subject to the terms of the Stipulation. Under the terms of the Stipulation, payment may be delivered to Plaintiff's counsel.

Dated: June 20, 2017

*William G. Cobb*

UNITED STATES MAGISTRATE JUDGE

-1-